## Mamolen *v.* Mamolen, Appellant.

Submitted January 16, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Sidney A. Simon,* for appellant.

*Nathan W. Stuart,* for appellees.

OPINION PER CURIAM, May 29, 1957:

The Order of the Court below is affirmed on the Opinion of President Judge C. S. Williams.

Each party to bear own costs.